# STEPHEN D. HANS & ASSOCIATES, P.C.
## LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**NILS C. SHILLITO**
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

T: 718.275.6700 • F: 718.275.6704

December 22, 2020

*VIA ECF*

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

> Defendans' request is GRANTED. The parties shall submit a proposed settlement agreement for Court approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by January 8, 2021.
>
> SO ORDERED.
>
> Date: December 23, 2020
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Re:  **Orellana v. Yale Stone LLC, et al.**
     **Case No. 18 CV 12081 (JPC)(GWG)**

Dear Judge Cronan:

This firm represents the defendants Yale Tile & Stone LLC f/k/a Yale Stone LLC, Francesco Lorenti, and Antonio Dattolo in connection with the above-referenced action. I write jointly with counsel for the plaintiff and with the consent of the remaining pro se defendants to respectfully request a further extension of time until January 8, 2021 for the parties to submit settlement materials for Court approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

This is the parties' second request for the extension of this deadline. On November 29th, Your Honor previously granted the parties' prior request for an extension of the original November 27, 2020 deadline for the submission of settlement materials, extending such deadline to today. The parties can report that over the last few weeks they have finalized the terms of the settlement agreement, and are now waiting for the pro se defendants to execute the agreement and for the settlement funds to be escrowed with plaintiff's counsel, which per the agreement must occur before the settlement can be submitted for court approval.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)

cc:    Michael Faillace & Associates, P.C. (via ecf)
       F.B.S. Construction Corp. and Fredy Espinoza (via email)